| | |
|---|---|
| 1 | KEVIN V. RYAN (SBN 118321) |
| | United States Attorney |
| 2 | JOANN M. SWANSON (SBN 88143) |
| | Chief, Civil Division |
| 3 | JONATHAN U. LEE (SBN 148792) |
| | Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Tenth Floor |
| | San Francisco, California 94102 |
| | Telephone:   (415) 436-6909 |
| 6 | Facsimile:    (415) 436-6748 |
| | Email: jonathan.lee@usdoj.gov |
| 7 | Attorneys for Defendant UNITED STATES |
| 8 | STANLEY J. CASPER (SBN 56705) |
| | ANDREW C. SCHWARTZ (SBN 64578) |
| 9 | CASPER, MEADOWS, SCHWARTZ & COOK |
| | A Professional Corporation |
| 10 | 2121 North California Boulevard, Suite 1020 |
| | Walnut Creek, CA 94596 |
| 11 | Telephone:   (925) 947-1147 |
| | Facsimile:    (925) 947-1131 |
| 12 | Email:   casper@cmslaw.com |
| | Attorneys for PLAINTIFFS ROBERT AND ALYCIA AREU |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| ROBERT AREU and ALYCIA AREU, | ) | No. C 05-2756 CRB (EDL) |
| Plaintiffs, | ) ) | **STIPULATION AND (PROPOSED) ORDER REGARDING POSTPONEMENT OF SETTLEMENT CONFERENCE** |
| v. | ) ) ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) ) ) ) | |

STIPULATION
C 05-2756 CRB                                         -1-

1   On November 8, 2005, the Court issued a Notice of Settlement Conference and
2   Settlement Conference Order in this case, scheduling a Settlement Conference for March 8, 2006
3   beginning at 9:00 a.m.
4   On or about January 12, 2006, Mr. Robert Areu died.
5   At the time of Mr. Areu's passing, the parties had a scheduled mediation date of February
6   10, 2006 before Arnold Haims, Esq. at Mr. Haims' office in Oakland, California. As a result of
7   Mr. Areu's passing, the parties contacted Mr. Haims and arranged to postpone the mediation to
8   March 3, 2006.
9   Thereafter, the parties met and conferred and agreed that it would be beneficial for the
10  ADR process in this case if the March 8th Settlement Agreement was postponed until late March
11  2006. On behalf of the parties, Assistant U.S. Attorney Lee contacted the Court to determine
12  whether dates in late March were available on the Court's calendar. As a result of those
13  communications with the Court's calendaring clerk, and between the parties' counsel, the parties
14  have agreed to stipulate to a postponement of the Settlement Conference to March 15, 2006,
15  beginning at 9:00 a.m.
16  NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF
17  RECORD, HEREBY STIPULATE TO THE FOLLOWING, SUBJECT TO THE APPROVAL
18  OF THE COURT:

(1)   to postponement of the Settlement Conference, from March 8th to March 15, 2006, starting at 9:00 a.m., Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California;

(2)   to postponement of the date for delivery of the Confidential Settlement Conference Statement from February 27th to March 6, 2006; and

(3)   that the deadline dates for plaintiff's demand letter and defendant's written response will be determined according to the March 15th date for the Settlement

Conference or March 8th and March 12th, respectively.

Given the unusual and unfortunate circumstances involved in this particular case, the parties request that the Court permit this scheduling change and so indicate by entering the Order below.

DATED: February 16, 2006     CASPER, MEADOWS, SCHWARTZ & COOK

STANLEY J. CASPER
Attorney for Plaintiffs ROBERT & ALYCIA AREU

DATED: February 16, 2006     KEVIN V. RYAN
United States Attorney

JONATHAN U. LEE
Assistant United States Attorney
Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: February 21, 2006



The Honorable
UNITED STATES DISTRICT JUDGE

GRANTED
Judge Elizabeth D. Laporte

STIPULATION
C 05-2756 CRB                -3-

| | |
|---|---|
| 1 | Conference or March 8th and March 12th, respectively. |
| 2 | |
| 3 | Given the unusual and unfortunate circumstances involved in this particular case, the |
| 4 | parties request that the Court permit this scheduling change and so indicate by entering the Order |
| 5 | below. |

DATED: February 16, 2006          CASPER, MEADOWS, SCHWARTZ & COOK

                                  _____
                                  STANLEY J. CASPER
                                  Attorney for Plaintiffs ROBERT & ALYCIA
                                  AREU


DATED: February 17, 2006          KEVIN V. RYAN
                                  United States Attorney

                                  _____
                                  JONATHAN U. LEE
                                  Assistant United States Attorney
                                  Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: _____             _____
                                  The Honorable Elizabeth D. Laporte
                                  UNITED STATES MAGISTRATE JUDGE