1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Tenth Floor
5      San Francisco, California 94102
       Telephone:       (415) 436-6909
6      Facsimile:       (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7  Attorneys for Defendant UNITED STATES

8  STANLEY J. CASPER (SBN 56705)
   ANDREW C. SCHWARTZ (SBN 64578)
9  CASPER, MEADOWS, SCHWARTZ & COOK
   A Professional Corporation
10 2121 North California Boulevard, Suite 1020
   Walnut Creek, CA 94596
11 Telephone:    (925) 947-1147
   Facsimile:    (925) 947-1131
12 Email:        casper@cmslaw.com
   Attorneys for PLAINTIFFS ROBERT AND ALYCIA AREU
13

14                  UNITED STATES DISTRICT COURT

15                 NORTHERN  DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

17 ROBERT AREU and ALYCIA AREU,       )   No. C 05-2756 CRB (EDL)
                                      )
18        Plaintiffs,                 )   **STIPULATION AND (PROPOSED)**
                                      )   **ORDER REGARDING**
19     v.                             )   **POSTPONEMENT OF SETTLEMENT**
                                      )   **CONFERENCE AND FURTHER CASE**
20 THE UNITED STATES OF AMERICA,      )   **MANAGEMENT CONFERENCE**
                                      )
21        Defendant.                  )
                                      )
22                                    )
   _____    )
23

24     THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY

25 SUBMIT THE FOLLOWING STIPULATION:

26     1.    On March 8, 2006, the parties filed a joint letter stating:

27

28         "The purpose of this letter is to inform you that all counsel of record are in

STIPULATION
C 05-2756 CRB                          -1-

agreement to extend the time for completing the Settlement Conference before Magistrate Judge Laporte by 60 days until the end of May 2006. At the November 4, 2005 Case Management Conference, the Court ordered the parties to complete ADR before the further case management conference on March 31, 2006. Plaintiffs' counsel Stan Casper and I have agreed to present this letter as our joint request under Local Rule 7-11 for the additional 60 days.

Since we appeared before the Court in November 2005 at the first case management conference, plaintiff Robert Areu died. The parties are attempting to learn more information about the circumstances and possible cause of Mr. Areu's death from the Fresno County Coroner. As a result of this unfortunate development, the parties obtained permission from the court-appointed mediator Arnold Haims, Esq. to continue the mediation from February 10th to March 3rd. We also requested and received permission to reschedule the Settlement Conference from March 8th to March 15th. When we did so, all counsel felt that the March 15th date would be productive settlement discourse. Unfortunately, some new facts have come to light that require taking several short witness depositions in the Fresno area. The soonest that this can be accomplished looks like April 4-6.

Accordingly, we do not wish to waste the Court's or the parties' resources and would ask that the Court allow the parties an additional 60 days in which to complete this discovery and conduct the Settlement Conference. In addition, subject to the Court's approval, the parties would favor postponing the March 31, 2006 further case management conference by 60 days.

2. After filing the joint letter, Assistant U.S. Attorney Lee learned that the Court is unavailable until next Wednesday, March 15, 2006. As a result, and at the

STIPULATION
C 05-2756 CRB                                                         -2-

suggestion of Judge Laporte's clerk, the parties are submitting this stipulation.

NOW, THEREFORE, THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE TO THE FOLLOWING, SUBJECT TO THE APPROVAL OF THE COURT:

(1) to postponement of the further case management conference, currently set for March 31, 2006 at 8:30 a.m., by approximately 60 days; and

(2) to postponement by up to 60 days of the Settlement Conference, currently set for March 15, 2006, starting at 9:00 a.m., Courtroom E, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California to a new date to be determined by the parties and Judge Laporte; and

(3) that the deadline dates for plaintiff's demand letter and defendant's written response will be determined according to the rescheduled date for the Settlement Conference.

Given the unusual and unfortunate circumstances involved in this particular case, the parties request that the Court permit this scheduling change and so indicate by entering the Order below.

DATED: March 10, 2006               CASPER, MEADOWS, SCHWARTZ & COOK

                                    /s/
                                    STANLEY J. CASPER
                                    Attorney for Plaintiffs ROBERT & ALYCIA
                                    AREU

DATED: March 10, 2006

KEVIN V. RYAN  
United States Attorney

_____/s/_____  
JONATHAN U. LEE  
Assistant United States Attorney  
Attorneys for Defendants

**IT IS SO ORDERED:**

DATED: March 10, 2006

_____  
The Honorable Charles R. Breyer  
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA. IT IS SO ORDERED — signed Judge Charles R. Breyer]*

STIPULATION  
C 05-2756 CRB                                          -4-