1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  JONATHAN U. LEE (SBN 148792)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Tenth Floor
5      San Francisco, California 94102
       Telephone:      (415) 436-6909
6      Facsimile:      (415) 436-6748
       Email: jonathan.lee@usdoj.gov
7  Attorneys for Defendant UNITED STATES

8  STANLEY J. CASPER (SBN 56705)
   ANDREW C. SCHWARTZ (SBN 64578)
9  CASPER, MEADOWS, SCHWARTZ & COOK
   A Professional Corporation
10 2121 North California Boulevard, Suite 1020
   Walnut Creek, CA 94596
11 Telephone:    (925) 947-1147
   Facsimile:    (925) 947-1131
12 Email:        casper@cmslaw.com
   Attorneys for PLAINTIFFS ROBERT AND ALYCIA AREU
13

14              UNITED STATES DISTRICT COURT

15             NORTHERN  DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17 ROBERT AREU and ALYCIA AREU,     )     No. C 05-2756 CRB (EDL)
                                    )
18      Plaintiffs,                 )     **STIPULATION AND [PROPOSED]**
                                    )     **ORDER FOR DISMISSAL WITH**
19   v.                             )     **PREJUDICE**
                                    )
20 THE UNITED STATES OF AMERICA,    )
                                    )
21      Defendant.                  )
                                    )
22                                  )
                                    )
23 _____)

24      THE PARTIES, BY AND THROUGH THEIR ATTORNEYS OF RECORD, HEREBY

25 SUBMIT THE FOLLOWING STIPULATION:

26

27

28

STIPULATION AND PROPOSED ORDER
*Areu v. USA*, Action C 05-2756 CRB          -1-

1    Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), Plaintiffs Alycia Areu

2    and Robert Areu, by and through Alycia Areu as personal representative of the Estate of Robert

3    Areu or successor in interest for Robert Areu under California law and Defendant UNITED

4    STATES OF AMERICA stipulate to the dismissal with prejudice of <u>Areu v. United States,</u>

5    Northern District of California case number C 05-2756 CRB.  Each party will bear its own costs.

6

7

8    DATED: April 11, 2006                        /s/
                                                   Alycia Areu, Plaintiff

9

10
     DATED: April 11, 2006                        /s/
11                                                 Alycia Areu, on behalf of the Estate of Robert Areu

12

13   DATED: April 8, 2006                         CASPER, MEADOWS, SCHWARTZ & COOK

14

15                                                /s/

16                                                STANLEY J. CASPER
                                                  Attorney for Plaintiffs
17

18   DATED: April 24, 2006                        KEVIN V. RYAN
                                                  United States Attorney
19

20                                                /s/
                                                  JONATHAN U. LEE
21                                                Assistant United States Attorney
                                                  Attorneys for Defendants
22

23   **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

24

25   DATED: _ May 30, 2006 _____

26                                                The Honor

27                                                UNITED S

28

     STIPULATION AND PROPOSED ORDER
     *Areu v. USA*, Action C 05-2756 CRB                  -2-